IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joshua Franklin,

    Petitioner(s),

vs.

Warden, Mansfield Correctional Institution,

    Respondent(s).

Case Number: 1:17cv857

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on August 10, 2018 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 24, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, respondent's Motion to Dismiss (Doc. 6) is DENIED.

IT IS SO ORDERED.

                                                      Judge Susan J. Dlott
                                                    United States District Court